```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
789 NINTH & 414 EAST 74TH           :
ASSOCIATES LLC,                     :
                 Plaintiff,         :    21 Civ. 5314 (VM)
                                    :
    - against -                     :    ORDER
                                    :
PRAKASH HUNDALANI, et al.,          :
                                    :
                 Defendants.        :
------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 17, 2021
```

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than September 17, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website.

**SO ORDERED.**

Dated:   New York, New York
         17 August 2021

_____
Victor Marrero
U.S.D.J.