USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
789 NINTH AND 414 EAST 74TH           :
ASSOCIATES LLC,                       :
                                      :
                        Plaintiff,           :
                                      :  21 Civ. 5314 (VM)
   - against -                       :
                                      :           <u>ORDER</u>
PRAKASH HUNDALANI, BINA HUNDALANI,    :
                                      :
                       Defendants.          :
------------------------------------X
**VICTOR MARRERO, United States District Judge.**

    The case management conference currently scheduled for July 29, 2022 is hereby cancelled. The parties are directed to update the Court on the status of this matter via joint letter by July 29, 2022. In that letter, the parties are to provide a date for a follow-up conference if needed.


Dated:    July 21, 2022
          New York, New York

                                    _____
                                            Victor Marrero
                                              U.S.D.J.