```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2022
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
789 NINTH & 414 EAST 74TH ASSOCIATES  :
LLC,                                  :
                                      :
                  Plaintiffs,         :   21 Civ. 5314 (VM)
                                      :
     - against -                      :   ORDER
                                      :
PRAKASH HUNDALANI, et al.,            :   REQUEST FOR STATUS UPDATE
                                      :
                  Defendants.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case, the Court notes that on July 21, 2022, the Court canceled the case management conference and directed the parties to update the Court regarding the status of the case, by letter, by July 29, 2022. (See Dkt. No. 24.) The Court has not received any further correspondence from the parties. Accordingly, it is hereby

**ORDERED** that the parties are directed to provide a status update within five (5) days of the date of this Order. Failure to comply may result in dismissal for lack of prosecution without further notice.

**SO ORDERED.**

Dated:    New York, New York
          September 7, 2022

                                          _____
                                                  Victor Marrero
                                                     U.S.D.J.