```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
789 NINTH & 414 EAST 74TH ASSOCIATES LLC,

                     Plaintiffs,      21 Civ. 5314 (VM)

   - against -                         **ORDER**

PRAKASH HUNDALANI, et al.,

                     Defendants.
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon review of the parties' filings on their failure to comply with their third extension of discovery, (see Defendant's Letter, Dkt. No. 28; Plaintiff's Declaration, Dkt. No. 29), the Court denies any extension of the discovery deadlines in this matter. If the parties contemplate any dispositive motions, (see Individual Practices of U.S. District Judge Victor Marrero, S.D.N.Y., II.A.2.), the parties are hereby directed to submit a briefing schedule for the dispositive motions that concludes within three (3) weeks of the date of this order. If no dispositive motions are made within this time frame, the Court shall schedule a final pretrial conference to set a trial date.

Dated:    September 20, 2022
           New York, New York

                                                _____
                                                Victor Marrero
                                                  U.S.D.J.