```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
789 NINTH & 414 EAST 74TH ASSOCIATES    :
LLC,                                    :
                                        :
                    Plaintiffs,         :    21 Civ. 5314 (VM)
                                        :
     - against -                        :    ORDER
                                        :
PRAKASH HUNDALANI, et al.,              :
                                        :
                    Defendants.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the case management plan ordered in this case, the Court hereby declares that discovery is complete. Further, in view of the Court's prior order directing submission of a briefing schedule, (see Dkt. No. 30), this Court grants the briefing schedule proposed in Plaintiff's pre-motion letter. (Dkt. No. 31.) The parties are hereby directed to comply with all deadlines and requirements, including page limits, set forth in this Court's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
         September 23, 2022

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2022