UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

789 NINTH & 414 EAST 74TH ASSOCIATES LLC,

                Plaintiff,

- against -

PRAKASH HUNDALANI and BINA HUNDALANI,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2023

**21 Civ. 5314 (VM)**

<u>DECISION AND ORDER</u>

**VICTOR MARRERO, United States District Judge.**

A one-day bench trial in the above-captioned matter is hereby scheduled for December 20, 2023 at 9:00 a.m. in Courtroom 15B of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to comply with the trial procedures set forth in Attachment 1 of the Court's Individual Practices.

**SO ORDERED.**

Dated:    27 July 2023
            New York, New York

                                                      Victor Marrero
                                                      U.S.D.J.