UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

789 NINTH & 414 EAST 74TH ASSOCIATES LLC,

                Plaintiff,

- against -

PRAKASH HUNDALANI and BINA HUNDALANI,

                Defendants.

21 Civ. 5314 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

With the parties' consent, the Court hereby adjourns the bench trial currently scheduled for December 20, 2023, and schedules the new trial date for January 16, 2024, at 9:00 A.M., with the final pre-trial conference to be held January 11, 2024, at 2:00 P.M.

The parties are directed to file all pre-trial submissions by December 16, 2023, in accordance the Court's Trial Procedures.

**SO ORDERED.**

Dated:    6 December 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.