USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

789 NINTH & 414 EAST 74TH ASSOCIATES LLC,

                          Plaintiff,

- against -

PRAKASH HUNDALANI and BINA HUNDALANI,

                          Defendants.

**21 Civ. 5314 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

On December 6, 2023, the Court entered an order ("Order") adjourning the bench trial previously scheduled for December 20, 2023, and scheduling a new trial date for January 16, 2024. ("Order," Dkt. No. 53). In its Order, the Court directed the parties as follows:

> The parties are directed to file all pretrial submissions by December 16, 2023, in accordance [with] the Court's Trial Procedures.

(Id.)

The parties have not submitted any of the required pretrial submissions to date. Nor have the parties responded to the Court's inquiries as to their non-compliance with the Court's Order.

Accordingly, the Court *sua sponte* adjourns the bench trial currently scheduled for January 16, 2024, as well as the final pretrial conference currently scheduled for January 11, 2024. The Court shall reschedule the bench trial after

the parties have filed their pre-trial submissions and offered three proposed trial dates that work for both parties. The parties are warned that continued failure to comply with the Court's orders may result in the dismissal of this action.

**SO ORDERED.**

Dated:     2 January 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.