```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/29/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

789 NINTH & 414 EAST 74TH ASSOCIATES LLC,

           Plaintiff,

- against -

PRAKASH HUNDALANI and BINA HUNDALANI,

           Defendants.

21 Civ. 5314 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the parties' joint letter informing the Court that the parties held a settlement conference on February 26, 2024, where the parties proved unable to reach a settlement. (Dkt. No. 61.) The parties are accordingly directed to meet and confer and provide a joint update to the Court on which dates are suitable between July 22 and August 2, 2024, for a one-day bench trial in this matter.

**SO ORDERED.**

Dated:    29 February 2024
            New York, New York

                                          _____
                                          Victor Marrero
                                          U.S.D.J.