UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 789 NINTH & 414 EAST 74TH ASSOCIATES LLC, | |
| Plaintiff, | |
| - against - | |
| PRAKASH HUNDALANI and BINA HUNDALANI, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11 July 2024

21 Civ. 5314 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court having been advised that the parties have reached a settlement in principle, the Final Pre-Trial Conference, the Trial, and all related deadlines are hereby adjourned *sine die*. Plaintiff shall submit a stipulation of dismissal or a status report within sixty (60) days of this order.

**SO ORDERED.**

Dated:     11 July 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.